```
USDC SDNY
DOCUMENT
ELECTRO CALLY FILED
DOC #:
DATE F‍     6/28/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Jose Guadalupe,

                                                 Plaintiff,

-against-

THE CITY OF NEW YORK, New York City Department of
Correction ("DOC"), Commissioner JOSEPH PONTE, DOC
Chief of Department, WILLIAM P. CLEMONS, DOC Deputy
Commissioner of Investigations Division JAMES BLAKE,
Warden YOLANDA CANTY, Captain DEVON MITCHELL,
Shield No. 1641, Captain JONATHAN CHARLES, Shield
#1349, Correction Officer JEFFREY McDUFFIE Shield
#7246, Correction Officer JOSEPH DELEON, Shield #14993,
Correction Officer DURRELL SMALLS Shield #12052,
Correction Officer DELRON DAWKINS Shield #7198,

                                                 Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 00220 (CM)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
April 18, 2018

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY, LLP<br>*Attorneys for Plaintiff*<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>212.763.5001<br><br>By: _____<br>Douglas E. Lieb, Esq.<br>*Attorneys for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York, Ponte, Clemons, Blake, Canty, Mitchell, Charles, McDuffie, Deleon, Smalls, and Dawkins*<br>100 Church Street, Rm. 3-159<br>New York, New York 10007<br>212.356.3545<br><br>By: _____<br>Erica M. Haber<br>*Senior Counsel*<br>Special Federal Litigation Division |

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: 28 June, 2018

2